**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CEDRIC JEFFERSON,**

> **Plaintiff,**

**vs.**                                                    **Case No. 1:05cv127-MP/WCS**

**CHAPLAIN NAIMAN, et al.,**

> **Defendants.**

_____/

**O R D E R**

This case was recently reassigned to the undersigned.  Doc. 7.  Plaintiff, an inmate proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983, had previously submitted a complaint, doc. 1, and has paid the assessed initial partial filing fee.  Docs. 6, 9-10.  The complaint has now been reviewed as is required by 28 U.S.C. § 1915A.  The complaint is sufficient to alert Defendants to the nature of Plaintiff's claims and because it cannot be said upon review of the complaint that Plaintiff has failed to state a claim upon which relief may be granted, service of the complaint should be directed.

At this point, Plaintiff must submit service copies of his civil rights complaint.  Under Fed. R. Civ. P. 4(c)(1), a copy of the complaint for each named Defendant is

necessary to effect service and must be submitted by Plaintiff.  As Plaintiff has named

five (5) Defendants in this action, Plaintiff must provide the Court with five additional

copies of his complaint that are identical to the complaint, doc. 1, filed with the Court.[1]

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until December 15, 2005, to provide the Court with five (5)

identical copies of his complaint for service on the named Defendants.

2.  **Failure to submit the service copies as directed will result in a**

**recommendation of the dismissal of this action.**

3.  The Clerk of Court shall return this file to the undersigned upon Plaintiff's

compliance with this order, or no later than December 15, 2005.

**DONE AND ORDERED** on November 14, 2005.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The copies of the complaint must contain all attachments that were presented
with the complaint; for example, Plaintiff must attach his grievances to the service
copies of the complaint.