IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CEDRIC JEFFERSON,

    Plaintiff,

v.                                              CASE NO. 1:05-cv-00127-MP-WCS

CHAPLAIN NAIMAN, et al.,

    Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 77, Report and Recommendation of the Magistrate Judge, which recommends that this action be dismissed for lack of subject matter jurisdiction. The Magistrate filed the Report and Recommendation on May 29, 2009. Although Plaintiff has not filed a notice of change of address, the Magistrate confirmed that Plaintiff is currently housed at the Zephyrhills Correctional Institution and directed the Clerk to forward to Plaintiff at that address a copy of the Report and Recommendation. Plaintiff has not filed any objection to the Report and Recommendation, and the time to do so has now passed. For the reasons stated in the Report and Recommendation, the Court finds that this action should be

dismissed for lack of subject matter jurisdiction.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 77) is ADOPTED and incorporated herein, and this action is DISMISSED for lack of subject matter jurisdiction.

2. The Clerk is directed to close the file and forward a copy of this order to Plaintiff at the Zephyrhills Correctional Institution.

**DONE AND ORDERED** this *30th* day of June, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge